# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. )     Case No. 1:26-mj-122
)
)
ARTURO AMBROCIO JIMENEZ )

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Jacob D. Derksen, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement agencies and partners, and on my experience and training as a Special Agent of the Federal Bureau of Investigation ("FBI"). I have set forth only the facts that I believe are necessary to establish probable cause to support a violation of 18 U.S.C. § 1073(1). This affidavit does not include all the facts uncovered during this investigation.

2. I am an FBI Special Agent and have been since March 2019. As a Special Agent, I am assigned to the Nashville Field Office, Tullahoma Resident Agency, and with the responsibility of conducting investigations involving crimes of violence, and crimes against children, among other federal violations. I have received training in the identification and enforcement of the laws of the United States and the State of Tennessee. Prior to my current assignment, I was assigned to the FBI Memphis Safe Streets Task Force with the responsibility of conducting investigations involving crimes of violence, among other violations.

3. I submit this affidavit in support of probable cause that Arturo Ambrocio Jimenez, date of birth of June 17, 1987 ("Jimenez"), has violated Title 18, United States Code, Section 1073(1), which proscribes any person moving or traveling in interstate or foreign commerce with

intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees.

4.     Based on my training and experience, there is probable cause to believe that Jimenez has violated Title 18 United States Code Section 1073(1).

**PROBABLE CAUSE**

5.     On or about August 28, 2022, Lincoln County Sheriff's Office ("LCSO") responded to 36 Simmons Circle Lot 1, Fayetteville, Tennessee ("RESIDENCE") located in the Eastern District of Tennessee, in response to a call associated to a rape of a 12-year-old female child ("CHILD"). Upon arrival, LCSO made contact with CHILD who stated that her mother ("MOTHER") was at work and was placed in the care of MOTHER's boyfriend, Arturo Ambrocio Jimenez ("JIMENEZ").

6.     CHILD stated that she was asleep and was awakened to JIMENEZ straddling her. JIMENEZ then removed CHILD's shorts and began to kiss her genitals. The CHILD told JIMENEZ not to do this. JIMENEZ told CHILD that he was going to do it just a little. JIMENEZ took his own shirt off and CHILD tried to push JIMENEZ off, but JIMENEZ grabbed her hands and held them over her head. At this time, JIMENEZ stuck his penis inside of CHILD. CHILD ultimately kicked and pushed JIMENEZ off and was able to put her shorts back on. CHILD ran and grabbed her cell phone to text her MOTHER and then ran outside to the neighbor's residence for help.

7.     The neighbor ("NEIGHBOR") and her daughter ("NEIGHBOR 2"), went to the RESIDENCE and confronted JIMENEZ. JIMENEZ then fled on foot, leaving his red Dodge Avenger ("VEHICLE") in the vicinity of the scene.

Page **2** of **4**

8.  Ultimately, Law Enforcement collected standard cervical, vaginal, and external genitalia swab, pubic hair comings, CHILD's shorts, and the bedding from the residence to send to the TBI Crime Lab.  On or about March 2023, LCSO received the forensic biology report back which indicated the presence of male DNA.  The DNA profiled indicated that there was DNA that was collected was a mixture of two individuals.  A search for the DNA was conducted but there were no matches.

9.  On or about August 28, 2022, Lincoln County Sheriff's Office charged Arturo Ambrocio Jimenez of the offense of RAPE OF A CHILD.  Lincoln County Sheriff's Office later indicted JIMENEZ.

10.  On or about March 25, 2023, LCSO and the local district attorney's office met with the CHILD's father ("FATHER"), and he was concerned that his ex-wife, (previously identified as the MOTHER of the CHILD) was aware of the location of JIMENEZ.  Although, MOTHER stated that JIMENEZ fled to Mexico, FATHER believed that JIMENEZ was somewhere in Alabama.

11.  On or about September 30, 2025, LCSO spoke to a confidential informant ("CI"), who stated that the CI did not know the exact location of JIMENEZ but believed that JIMENEZ was in Morelos, Mexico.  The CI informed LCSO that they believed JIMENEZ was only staying in Mexico, due to the allegations that had been made against him.

12.  In April of 2026, FBI Nashville, Tullahoma Resident Agency was informed about the aforementioned case by Lincoln County Sheriff's Office.  In April of 2026, FBI opened a full investigation into JIMENEZ for violations of 18 U.S.C. § 1073(1).  Based on the facts given, affiant believes that JIMENEZ fled the scene due to the fear of being arrested for the crime that was committed and to avoid prosecution.  Based on the given facts and the time that has passed,

Case 1:26-mj-00122-CHS    Document 1-1    Filed 04/15/26    Page 3 of 4    PageID #: 4

Affiant also believes that JIMENEZ has left the state of Tennessee and therefore has traveled interstate to avoid being arrested for the aforementioned criminal charge.

## CONCLUSION

13. Based on the foregoing, there is probable cause to believe that Arturo Ambrocio Jimenez violated 18 United States Code Section 1073(1). I therefore respectfully request the Court issue an arrest warrant for Arturo Ambrocio Jimenez.

Respectfully submitted,

Jacob D. Derksen, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this the 14 day of April 2026.

Honorable Christopher H. Steger
United States Magistrate Judge

Case 1:26-mj-00122-CHS    Document 1-1    Filed 04/15/26    Page 4 of 4    PageID #: 5